# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 97-4256

_____

Ronnie Patterson,                                              *
                                                               *
            Plaintiff/Appellant,                               *
                                                               *
      v.                                                       *      Appeal from the United States District
                                                               *      Court for the District of Minnesota.
Bob Ryan Oldsmobile, Inc., a                                   *
Minnesota corporation,                                         *            [UNPUBLISHED]
                                                               *
            Defendant/Appellee,                                *
                                                               *
Allstate Insurance Company, a foreign                          *
corporation; Jayhawk Acceptance                                *
Corporation, a foreign corporation,                            *
                                                               *
            Defendants.                                        *
                                                               *

_____

Submitted: June 12, 1998
Filed: June 29, 1998

_____

Before BEAM, ROSS, and MAGILL, Circuit Judges.

_____

PER CURIAM.

Ronnie Patterson appeals from the district court's[1] adverse grant of summary judgment and from its denial of his motion to amend his complaint to plead punitive damages.  Patterson sued Bob Ryan Oldsmobile, Inc., claiming violations of the Equal Credit Opportunity Act, 15 U.S.C. § 1691(d), the Minnesota Motor Vehicle Retail Installment Sales Act, Minn. Stat. § 168.71(a)(1), and alleging common law conversion.  After carefully reviewing the record and the parties' submissions, we conclude that the district court did not err.  Accordingly, we affirm the judgment of the district court.  See 8th Cir. R. 47B.

A true copy.

ATTEST:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Donald D. Alsop, United States District Judge for the District of Minnesota.